# Exhibit A



**DEBT RECOVERY SOLUTIONS, LLC**

1/8/2021

**TYLER HENRY**
FRIENDSWOOD TX 77546

Current Creditor: Pendrick Capital Partners
Original Creditor: GARDENTOWN EMERGENCY PHYS
Account No.:
Balance Due: $1,689.00

Dear TYLER HENRY:

We are responding to your recent request for verification of the obligation referenced above. Enclosed is the documentation you requested.

We trust that this information responds to your question. Please remit payment immediately or call our customer service department at **1.800.807.4107** if further information is required.

Very truly yours,

Ms. Furman
Customer Service Coordinator

JF:cg
Enclosures

"THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR."

6800 Jericho Turnpike • Suite 113E • Syosset, NY 11791


**DEBT RECOVERY SOLUTIONS, LLC**

In response to your inquiry regarding the enclosed referenced account, please find the materials we received that correspond to the information enclosed.

Please note, this bill **does not** include payments and/or adjustments made.

If you would like additional information regarding your balance, please visit www.mymedicalpayments.com.

Thank you,

DEBT RECOVERY SOLUTIONS

"THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR."

6800 Jericho Turnpike • Suite 113E• Syosset, NY 11791 • Ph (516) 228-7100 • Fax (516) 228-7180